IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO:  25-_____ |
| v. | : | DATE FILED: _____ |
| EMILY F. CUSTODIO | : | VIOLATIONS: |
| | | 52 U.S.C. § 20511(2)(B) (voter fraud – 1 count) |
| | : | 18 U.S.C. § 611 (voting by alien – 1 count) |

**INDICTMENT**

**COUNT ONE**

**THE GRAND JURY CHARGES THAT:**

At all times material to this indictment:

1. Defendant EMILY F. CUSTODIO was a citizen of the Philippines and not a citizen of the United States.

2. On or about July 18, 2020, defendant EMILY F. CUSTODIO applied online to the Commonwealth of Pennsylvania's Department of State to register to vote in Pennsylvania. In doing so, defendant CUSTODIO falsely answered "Yes" to the question about whether she was a United States citizen. On her application, defendant CUSTODIO provided her biographical information, such as name, date of birth, and Pennsylvania driver's license number, and listed as her residential address a street address in Philadelphia County, Pennsylvania.

3. On or about July 21, 2020, based on the information provided by defendant EMILY F. CUSTODIO, including the false statement that she was a United States citizen, defendant CUSTODIO's application to register to vote was accepted and she was successfully registered to vote in Pennsylvania.

4. On or about November 3, 2020, defendant EMILY F. CUSTODIO appeared in person at her assigned polling place in Philadelphia County in order to cast a vote in

the 2020 general election, which included the election for the offices of President and Vice President of the United States.

5. On or about November 3, 2020, defendant EMILY F. CUSTODIO was required to present an acceptable form of photo identification before she was permitted to vote.

6. On or about November 3, 2020, defendant EMILY F. CUSTODIO signed the poll book next to her printed name and address and the signature used at the time of her voter registration. Defendant CUSTODIO signed the poll book next to the statement, "I hereby certify that I am qualified to vote at this election. . ."

7. On or about November 3, 2020, defendant EMILY F. CUSTODIO cast a vote in the 2020 general election, which included the election for the offices of President and Vice President of the United States.

8. On or about November 3, 2020, in Philadelphia County, in the Eastern District of Pennsylvania, defendant

**EMILY F. CUSTODIO**

knowingly and willfully deprived, defrauded, and attempted to deprive and defraud the residents of the Commonwealth of Pennsylvania of a fair and impartially conducted election process by the procurement, casting, and tabulation of ballots that were known by her to be materially false, fictitious, and fraudulent under the laws of the Commonwealth of Pennsylvania. Specifically, in the election for federal office, defendant CUSTODIO cast a ballot that she knew was fraudulent because she was not a citizen of the United States.

In violation of Title 52, United States Code, Section 20511(2)(B).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

At all times material to this indictment:

1. Paragraphs 1 through 7 of Count One are realleged here.

2. On or about November 3, 2020, in Philadelphia County, in the Eastern District of Pennsylvania, defendant

**EMILY F. CUSTODIO,**

an alien, knowing that she was not a United States citizen, knowingly voted in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and Presidential elector.

In violation of Title 18, United States Code, Section 611.

A TRUE BILL:

_____
DAVID METCALF
United States Attorney

3

No._____

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

Emily F. Custodio

INDICTMENT

Counts

52 U.S.C. § 20511(2)(B) (voter fraud - 1 count)
18 U.S.C. § 611 (voting by alien – 1 count)



Bail, $_____