AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| United States of America | ) |
|---|---|
| v. | ) |
|  | )  Case No.  25-385 |
|  | ) |
|  | ) |
|  | ) |
| EMILY F. CUSTODIO | ) |
| *Defendant* | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   EMILY F. CUSTODIO                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
52:20511(2)(B) - VOTER FRAUD;
18:611 - VOTING BY ALIEN

Date:   09/03/2025

George Wylesol, Clerk of Court
U.S. District Court, Eastern District of PA

/S/ THOMAS GIAMBRONE, DEPUTY CLERK
*Issuing officer's signature*

City and state:   PHILADELPHIA, PA

/S/ GEORGE V. WYLESOL, CLERK OF COURT
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 09/04/2025, and the person was arrested on *(date)* 09/09/2025
at *(city and state)*   Philadelphia, PA   .

Date:  09/10/2025

*Arresting officer's signature*

Christopher Anglestein, Special Agent
*Printed name and title*