OPS 40A
(Rev. 6/05)

# UNITED STATES DISTRICT COURT

## NOTICE REGARDING FOREIGN PASSPORT FOR CRIMINAL DEFENDANT

| | | | |
|---|---|---|---|
| **TO:** | Immigration and Customs Enforcement ICE Detention and Removal Operations DRO 31 Hopkins Plaza, Suite 630 Baltimore, MD 21201 | **FROM:** | U.S. Pretrial Services, PAE Wm. Green Federal Office Bldg. 600 Arch St., Suite 4408 Philadelphia, PA 19106 |
| | ☐ Original Notice | | ☒ Disposition of Original Notice |
| **Date:** | | **Date:** | September 15, 2025 |
| **By:** | | **By:** | Anijah A. Carr, Pretrial Services Technician |

| | | | |
|---|---|---|---|
| Defendant: | Emily Felipe Custodio | Case Number: | 2:25CR00385-1 |
| Date of Birth: | ███ | Place of Birth: | Calocan City, Philippines |
| SSN: | ███ | Alien (AA@) Number: | ███ |

**Notice of Court Order**   (Order Date: September 10, 2025 )

☒ The above-named defendant surrendered Passport Number ███
(Issuing Country) Pilipinas                              to the custody of the
U.S. District Court on   September 10, 2025               .

## NOTICE OF DISPOSITION

The above case has been disposed of, and the above order of the court is no longer in effect.

☐ Defendant not convicted. B Document returned to defendant.

☐ Defendant not convicted. B Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted. B Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Immigration and Customs Enforcement
Defendant (or representative)
Clerk of Court