IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 25-385 |
| EMILY F. CUSTODIO | : | |
| Not in Custody | : | |

## HEARING NOTICE

Take notice that the defendant is scheduled for a **Change of Plea Hearing on Thursday, November 5, 2026 at 2:00 p.m.** before the **Honorable Joel H. Slomsky** in **Courtroom 13A** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A interpreter will be required for the defendant.

☐ Hearing rescheduled from:

For additional information, please contact the undersigned.

By: Laura Buenzle Roberts
Deputy to J. Joel H. Slomsky
Phone: 267.299.7341

Date: 10/26/2026

cc via email: K. Young, Defense Counsel
N. Potts, AUSA
U.S. Marshal
Court Security
Probation Office
Pretrial Services
Interpreter Coordinator

crnotice (July 2021)